UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 23-2650-KK-SHKx** | Date: | March 20, 2024 |
|---|---|---|---|
| Title: | *Andrea Belzberg et al. v. Warren Scheafer et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders

On January 26, 2024, the Court set a Scheduling Conference for March 28, 2024. ECF Docket No. ("Dkt.") 12. The Court further ordered the parties to file a Joint Rule 26(f) Report no later than March 14, 2024. Id. at 2. To date, a Joint Rule 26(f) Report has not been filed. The parties are, therefore, in violation of the Court's January 26, 2024 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Before dismissing this action, the Court will afford Plaintiffs an opportunity to explain their failure to file the Joint Rule 26(f) Report as directed by the Court's January 26, 2024 Order.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders. Plaintiffs shall have **up to and including March 27, 2024** to respond to this Order.

**Plaintiffs are expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders. See FED. R. CIV. P. 41(b).**

IT IS SO ORDERED.